Fill in this information to identify the case:

United States Bankruptcy Court for the:

Eastern District of Texas

Case number (if known): _____  Chapter ___11___

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | |
|---|---|
| **1. Debtor's name** | Katy Saltwater Disposal Company, Inc. |

**2. All other names debtor used in the last 8 years**

Include any assumed names, trade names, and *doing business as names*

**3. Debtor's federal Employer Identification Number (EIN)**   7  5 – 1  7  4  3  1  5  6

**4. Debtor's address**

**Principal place of business**

815 US 59N
Number        Street

Carthage, TX 75633
City                        State      ZIP Code

Panola
County

**Mailing address, if different from principal place of business**

Number        Street

P.O. Box

City                        State      ZIP Code

**Location of principal assets, if different from principal place of business**

10261 State Hwy 149
Number        Street

75601
City                        State      ZIP Code

**5. Debtor's website (URL)**

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Katy Saltwater Disposal Company, Inc.                                              Case number (if known) _____
         Name

**7. Describe debtor's business**

A. Check one:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. Check all that apply:

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .
____ ____ ____ ____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

Check one:

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. Check all that apply:

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When ____/____/____ Case number _____
                                                      MM / DD / YYYY

        District _____ When ____/____/____ Case number _____
                                                       MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

        District _____ When _____
                                                            MM / DD / YYYY

        Case number, if known _____

| Debtor | Katy Saltwater Disposal Company, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. | |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br><br>**Where is the property?** _____<br>_____    _____<br>Number          Street<br><br>_____  _____  _____<br>City                                       State      ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.   Insurance agency  _____<br>             Contact name   _____<br>             Phone          _____ | |

## Statistical and administrative information

| | | |
|---|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. | |
| **14. Estimated number of creditors** | ☐ 1-49   ☑ 50-99       ☐ 1,000-5,000   ☐ 5,001-10,000       ☐ 25,001-50,000   ☐ 50,000-100,000<br>☐ 100-199  ☐ 200-999     ☐ 10,001-25,000                        ☐ More than 100,000 | |
| **15. Estimated assets** | ☐ $0-$50,000                ☐ $1,000,001-$10 million        ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000          ☐ $10,000,001-$50 million       ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000         ☐ $50,000,001-$100 million      ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million       ☐ $100,000,001-$500 million     ☐ More than $50 billion | |

| Debtor | Katy Saltwater Disposal Company, Inc. | Case number (if known) |
|---|---|---|
| | Name | |

---

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☒ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- ■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- ■ I have been authorized to file this petition on behalf of the debtor.
- ■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   08/23/2022
MM/ DD/ YYYY

X  /s/ Clay Etheridge                              Clay Etheridge
Signature of authorized representative of debtor     Printed name

Title                President

**18. Signature of attorney**

X              /s/ Stephen Shires               Date  08/23/2022
Signature of attorney for debtor                      MM/ DD/ YYYY

Stephen Shires
Printed name

Law Office of Stephen Shires
Firm name

1316 Louisiana Street
Number        Street

Center                               TX       75935
City                                 State    ZIP Code

(936) 332-4566                       stephen@shireslawfirm.com
Contact phone                        Email address

50511894                             TX
Bar number                           State

Fill in this information to identify the case:

Debtor name        Katy Saltwater Disposal Company, Inc.

United States Bankruptcy Court for the:
                   Eastern District of Texas

Case number (if known): _____

☐ Check if this is an
  amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property                        12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:  Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**
   ☑ No. Go to Part 2.
   ☐ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2. **Cash on hand** | _____ |
| 3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | |
| Name of institution (bank or brokerage firm)    Type of account    Last 4 digits of account number | |
| **None** | |
| 4. **Other cash equivalents** *(Identify all)* | |
| **None** | |
| 5. **Total of Part 1** | |
| Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | **$0.00** |

### Part 2:  Deposits and prepayments

6. **Does the debtor have any deposits or prepayments?**
   ☑ No. Go to Part 3.
   ☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|
| 7. **Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |
| **None** | |

Debtor    __**Katy Saltwater Disposal Company, Inc.**__    Case number *(if known)* _____
          Name

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

**None**

**9. Total of Part 2**

Add lines 7 through 8 (including amounts on any additional sheets). Copy the total to line 81.                                 __**$0.00**__

---

**Part 3:** Accounts receivable

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

**11. Accounts Receivable**

11a. 90 days old or less:    _____ - _____ = ...... →    _____
                            face amount        doubtful or uncollectible accounts

11b. Over 90 days old:       _____ - _____ = ...... →    _____
                            face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.                                 __**$0.00**__

---

**Part 4:** Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

**None**

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of fund or stock:                    % of ownership:

**None**

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

Debtor   **Katy Saltwater Disposal Company, Inc.**
Name

Case number *(if known)* _____

---

None

**17. Total of Part 4**

Add lines 14 through 16 (including any additional sheets). Copy the total to line 83.        $0.00

---

**Part 5:**  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**
☑ No. Go to Part 6.
☐ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**19. Raw materials**

None

**20. Work in progress**

None

**21. Finished goods, including goods held for resale**

None

**22. Other inventory or supplies**

None

**23. Total of Part 5**

Add lines 19 through 22 (including any additional sheets). Copy the total to line 84.        $0.00

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

---

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**
☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

---

Debtor   **Katy Saltwater Disposal Company, Inc.**                    Case number *(if known)* _____
         Name

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**28. Crops — either planted or harvested**

   **None**

**29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish

   **None**

**30. Farm machinery and equipment** (Other than titled motor vehicles)

   **None**

**31. Farm and fishing supplies, chemicals, and feed**

   **None**

**32. Other farming and fishing-related property not already listed in Part 6**

   **None**

**33. Total of Part 6**
   Add lines 28 through 32. Copy the total to line 85.                                    $0.00

**34. Is the debtor a member of an agricultural cooperative?**
   ☑No
   ☐Yes. Is any of the debtor's property stored at the cooperative?
       ☐No
       ☐Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☑No
   ☐Yes

**36. Is a depreciation schedule available for any of the property listed in Part 6?**
   ☑No
   ☐Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☑No
   ☐Yes

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
   ☑No. Go to Part 8.
   ☐Yes. Fill in the information below.

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**39.** **Office furniture**

None

**40.** **Office fixtures**

None

**41.** **Office equipment, including all computer equipment and communication systems equipment and software**

None

**42.** **Collectibles** *Examples*: Antiques and figurines; paintings, prints or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

None

**43.** **Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.                                   $0.00

**44.** **Is a depreciation schedule available for any of the property listed in Part 7?**
☑ No
☐ Yes

**45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 8:** Machinery, equipment, and vehicles

**46.** **Does the debtor own or lease any machinery, equipment, or vehicles?**
☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

None

**48.** **Watercraft, trailers, motors, and related accessories** *Examples*: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

Debtor    __Katy Saltwater Disposal Company, Inc.__    Case number *(if known)* _____
          Name

**None**

49.  **Aircraft and accessories**

     **None**

50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

     **None**

51.  **Total of Part 8**
     Add lines 47 through 50. Copy the total to line 87.                                    $0.00

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
     ☑ No
     ☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 9: | Real Property |
| --- | --- |

54.  **Does the debtor own or lease any real property?**
     ☑ No. Go to Part 10.
     ☐ Yes. Fill in the information below.

| General description | Nature and extent of debtor's interest in property | Net book value of debtor's interest | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- | --- |
| Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | | (Where available) | | |

55.  **Any building, other improved real estate, or land which the debtor owns or in which the debtor has interest**

     **None**

56.  **Total of Part 9**
     Add the current value on lines 55.1 through 55.3 and entries from any addition sheets. Copy the total to line 88.    $0.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
     ☑ No
     ☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 10: | Intangibles and Intellectual Property |
| --- | --- |

Debtor    **Katy Saltwater Disposal Company, Inc.**                                    Case number *(if known)*
Name

**59.** **Does the debtor have any interests in intangibles or intellectual property?**
☑ No. Go to Part 11.
☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**60.** **Patents, copyrights, trademarks, and trade secrets**

   **None**

**61.** **Internet domain names and websites**

   **None**

**62.** **Licenses, franchises, and royalties**

   **None**

**63.** **Customer lists, mailing lists, or other compilations**

   **None**

**64.** **Other intangibles, or intellectual property**

   **None**

**65.** **Goodwill**

   **None**

**66.** **Total of Part 10**
   Add lines 60 through 65. Copy the total to line 89.                                    **$0.00**

**67.** **Do your lists or records include personally identifiable information of customers?** (as defined in 11 U.S.C. §§ 101(41A) and 107)
☑ No
☐ Yes

**68.** **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
☑ No
☐ Yes

**69.** **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 11:**  All other assets

**70.** **Does the debtor own any other assets that have not yet been reported on this form?**
☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

Debtor    **Katy Saltwater Disposal Company, Inc.**                                   Case number *(if known)*
          Name

| | Current value of debtor's interest |
|---|---|

**71.** **Notes receivable**
Description (include name of obligor)

**None**

**72.** **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

**None**

**73.** **Interests in insurance policies or annuities**

**None**

**74.** **Causes of action against third parties (whether or not a lawsuit has been filed)**

**None**

**75.** **Other contingent and unliquidated claims or causes of action of every nature,
including counterclaims of the debtor and rights to set off claims**

**None**

**76.** **Trusts, equitable or future interests in property**

**None**

**77.** **Other property of any kind not already listed** *Examples:* Season tickets,
country club membership

77.1 _____                                    _____**$550,000.00**

**78.** **Total of Part 11**
Add lines 71 through 77. Copy the total to line 90.                                _____**$550,000.00**

**79.** **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☑ No
☐ Yes

Debtor   __Katy Saltwater Disposal Company, Inc.__                    Case number *(if known)* _____
    Name

| Part 12: | Summary |
| --- | --- |

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| **80.** **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $0.00 | |
| **81.** **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| **82.** **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| **83.** **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| **84.** **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| **85.** **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| **86.** **Office furniture, fixtures, and equipment; collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| **87.** **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| **88.** **Real property.** *Copy line 56, Part 9.*............ | → | $0.00 |
| **89.** **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| **90.** **All other assets.** *Copy line 78, Part 11.* | + $550,000.00 | |
| **91.** **Total.** Add lines 80 through 90 for each column...... 91a. | $550,000.00 | + 91b. $0.00 |
| **92.** **Total of all property on Schedule A/B.** Lines 91a + 91b = 92 .......................... | | $550,000.00 |

Fill in this information to identify the case:

Debtor name    Katy Saltwater Disposal Company, Inc.

United States Bankruptcy Court for the:          Eastern          District of          Texas

                                                                          (State)

Case number (if known): _____

☐ Check if this is an
  amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property          12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

|  | *Column A*<br>**Amount of claim**<br>Do not deduct the value of collateral. | *Column B*<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1** Creditor's name
Dangapar, LLC

**Describe debtor's property that is subject to a lien**
_____

|  | unknown | unknown |
|---|---|---|

**Creditor's mailing address**
P.O Box 3809
Longview, TX 75606

**Describe the lien**
Purchase Money

**Creditor's email address, if known**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Date debt was incurred**   02/15/2019

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Last 4 digits of account number**   ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.
_____
_____

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☑ Unliquidated
☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**          _____

| Debtor | Katy Saltwater Disposal Company, Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.2  Creditor's name**

Jones Properties LLC

**Creditor's mailing address**

P.O. Box 3809

Longview, TX 75606

**Creditor's email address, if known**

**Date debt was incurred**  02/15/2019

**Last 4 digits of account number**  ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

Purchase Money

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**

Check all that apply.

☐ Contingent

☑ Unliquidated

☐ Disputed

Column A: unknown

Column B: unknown

Fill in this information to identify the case:

Debtor name _____ Katy Saltwater Disposal Company, Inc. _____

United States Bankruptcy Court for the:
_____ Eastern District of Texas _____

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)
   ☐ No. Go to Part 2.
   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>**IRS**<br><br>**PO Box 7346**<br><br>**Philadelphia, PA 19101**<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) **(8)** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | | **$1,885.00** | **$1,885.00** |
| **2.2** | Priority creditor's name and mailing address<br><br>**Law Office of Stephen Shires**<br><br>**1316 Louisiana Street**<br><br>**Center, TX 75935**<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>Is the claim subject to offset?<br>☑ No<br>☐ Yes | | **$5,300.00** | **$5,300.00** |

Debtor    **Katy Saltwater Disposal Company, Inc.**
          Name

Case number *(if known)* _____

---

| Part 1: | Additional Page |

---

**2.3**  **Priority creditor's name and mailing address**

**Shelby County**

**200 San Augustine**

**Center, TX 75935**

**Date or dates debt was incurred**

_____

**Last 4 digits of account number** ___ ___ ___ ___

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) **(8)**

**As of the petition filing date, the claim is:**    $2,112.00    $2,112.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the Claim:**

_____

**Is the claim subject to offset?**
☑ No
☐ Yes

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
| | Name | |

## Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | **Amount of claim** |
|---|---|---|

**3.1**  Nonpriority creditor's name and mailing address
**Acid & Cementing Services, Inc**

**3212 West Oak Street**

**Palestine, TX 75801**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$35,583.00

---

**3.2**  Nonpriority creditor's name and mailing address
**Adkisson Production & Consultants**

**3100 Gilmer Road**

**Longview, TX 75604**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,000.00

---

**3.3**  Nonpriority creditor's name and mailing address
**Aeigs Chemical Solutions**

**7113 TX-42**

**Kilgore, TX 75662**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,054.00

---

**3.4**  Nonpriority creditor's name and mailing address
**Affordable Tire**

**1745 NE Loop**

**Kilgore, TX 75663**

Date or dates debt was incurred  _____

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,620.00

Debtor **Katy Saltwater Disposal Company, Inc.**  Case number *(if known)* _____
Name

---

| **Part 2:** | Additional Page |

---

**3.5** Nonpriority creditor's name and mailing address

**Agua Libre Midstream**

**801 Cherry Street**

**Fort Worth, TX 76102**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$13,658.00

---

**3.6** Nonpriority creditor's name and mailing address

**Ba Chemicals**

**13120 N MacArthur Blvd**

**Oklahoma City, OK 73142**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$7,840.00

---

**3.7** Nonpriority creditor's name and mailing address

**BJ & K Services, Inc.**

**235 Jonny Clark Road**

**Longview, TX 75603**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$2,484.00

---

**3.8** Nonpriority creditor's name and mailing address

**Bufkin Truck Service**

**3132 TX-31**

**Longview, TX 75603**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☒ No
☐ Yes

$1,182.00

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
|--------|------|------|
| | Name | |

---

| **Part 2:** | Additional Page |
|---|---|

---

| **3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,169.00 |
|---|---|---|---|

C&J Well Services, Inc

350 N Saint Paul

Dallas, TX 75201

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $66,820.16 |
|---|---|---|---|

Charles N. Richardson Enterprises, Inc.

Thomas H. Brown

116 N Kilgore Street

Kilgore, TX 75662

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $36,112.20 |
|---|---|---|---|

Clements Fluids Henderson LTD

604 US 79

Henderson, TX 75652

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| **3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,059.00 |
|---|---|---|---|

Clifford Power Systems

1913 E US Hwy 80

White Oak, TX 75693

☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

Date or dates debt was incurred _____

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number __ __ __ __

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.13** Nonpriority creditor's name and mailing address

Common Disposal

1000 US 96

75971

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$64,216.00

---

**3.14** Nonpriority creditor's name and mailing address

Crown Products, Inc

5165 TX-281 Loop

Longview, TX 75603

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$35.00

---

**3.15** Nonpriority creditor's name and mailing address

Deep East Texas Electric Coop

880 TX-21

75971

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,226.00

---

**3.16** Nonpriority creditor's name and mailing address

East Texas Mac Sales LLC

2934 TX-31

Longview, TX 75603

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,390.00

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
|--------|-------------------------------------------|--------------------------|
|        | Name                                      |                          |

---

**Part 2:**  Additional Page

---

**3.17**  Nonpriority creditor's name and mailing address

Eastern Energy Services

c/o Steptoe & Johnson, LLC

1780 Hughes Landing Blvd 750

Spring, TX 77380

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$30,750.00

---

**3.18**  Nonpriority creditor's name and mailing address

Energymakers

1770 Saint James Place 300

Houston, TX 77056

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$7,275.00

---

**3.19**  Nonpriority creditor's name and mailing address

Epic Chemistry, LLC

3879 Maple Ave 300

Dallas, TX 75219

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$10,128.00

---

**3.20**  Nonpriority creditor's name and mailing address

Geonix Oilfield Supplies

2008 North Longview Street

Kilgore, TX 75662

Date or dates debt was incurred  _____

Last 4 digits of account number  ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim:  _____

Is the claim subject to offset?
☑ No
☐ Yes

$23,385.00

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.21** Nonpriority creditor's name and mailing address

Harmac Energy Services, LLC

1008 Southview Circle

Center, TX 75935

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$59,343.00

---

**3.22** Nonpriority creditor's name and mailing address

High Roller

1077 US 96

Center, TX 75935

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$7,280.00

---

**3.23** Nonpriority creditor's name and mailing address

HL Hailey Enterprises

3012 West Loop 281

Longview, TX 75604

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$6,496.00

---

**3.24** Nonpriority creditor's name and mailing address

Hoell Operating LLC

PO Box 921

Kilgore, TX 75663

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$9,834.00

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.25** | Nonpriority creditor's name and mailing address

**Jims Rental Service**

**2106 Industrial Blvd**

**Kilgore, TX 75662**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$18,985.00

---

**3.26** | Nonpriority creditor's name and mailing address

**Knighten Machine & Service, Inc**

**3800 East 42nd Street 333**

**Odessa, TX 79762**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$16,757.00

---

**3.27** | Nonpriority creditor's name and mailing address

**L&S Pump Repair**

**6999 US 59N**

**Lufkin, TX 75901**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$2,398.00

---

**3.28** | Nonpriority creditor's name and mailing address

**Legacy Slickline Services, LLC**

**PO Box1025**

**Hallsville, TX 75650**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$587.00

---

Debtor    **Katy Saltwater Disposal Company, Inc.**                                    Case number *(if known)*
                  Name

---

**Part 2:** Additional Page

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,846.00 |
| --- | --- | --- | --- |

**3.29** **Limitless Supply, LLC**

**307 NW Loop 436**

**Carthage, TX 75633**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,846.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.30** **M&D Supply, Inc**

**4580 College Street**

**Beaumont, TX 77707**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$546.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.31** **Maverick Well Services**

**300 FM 1252**

**Kilgore, TX 75662**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$17,927.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

**3.32** **McBride Operating, LLC**

**Dallas W. Tharpe**

**455 Rice Rd 101**

**Tyler, TX 75703**

As of the petition filing date, the claim is: *Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$30,732.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**Part 2:** Additional Page

---

**3.33** Nonpriority creditor's name and mailing address

**McGinnis Lockridge**

**500 North Akard Street 2250**

**Dallas, TX 75201**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,833.00

---

**3.34** Nonpriority creditor's name and mailing address

**Mckenzie Transportation Co, Inc**

**285 Mckenzie Street**

**Kilgore, TX 75662**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$3,951.00

---

**3.35** Nonpriority creditor's name and mailing address

**Mettauer Law Firm**

**403 Nacogdoches Street**

**Center, TX 75935**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,801.00

---

**3.36** Nonpriority creditor's name and mailing address

**Newman's Oilfield Service, Inc**

**PO Box 2860**

**Kilgore, TX 75663**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$27,242.00

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| Part 2: | Additional Page |
|---|---|

---

**3.37** Nonpriority creditor's name and mailing address
OGPulse

5308 Balfour Court

Midland, TX 79707

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$3,049.00

---

**3.38** Nonpriority creditor's name and mailing address
Pipe Pros LLC

3000 TX-42

Kilgore, TX 75662

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$11,220.00

---

**3.39** Nonpriority creditor's name and mailing address
Prime Tubulars

3200 State Hwy 135N

Kilgore, TX 75662

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$30,108.00

---

**3.40** Nonpriority creditor's name and mailing address
ProFlow Chemical Solutions

308 Brents LP

Scott, LA 70583

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
☑ No
☐ Yes

$744.00

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
|--------|-------|-------|
| | Name | |

---

**Part 2:** Additional Page

---

**3.41** Nonpriority creditor's name and mailing address

Pro-Test Inc

PO Box 921

Kilgore, TX 75663

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$7,373.00

---

**3.42** Nonpriority creditor's name and mailing address

Renagade Oil Tools

103 Guensey Lane

Youngsville, LA 70592

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$3,350.00

---

**3.43** Nonpriority creditor's name and mailing address

Rig Tools Inc

419 North 1st Street

Timpson, TX 75975

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$6,036.00

---

**3.44** Nonpriority creditor's name and mailing address

RKT Operating LLC

2706 E.. Marshall

Longview, TX 75601

Date or dates debt was incurred

Last 4 digits of account number  __ __ __ __

As of the petition filing date, the claim is:
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

Basis for the claim: _____

Is the claim subject to offset?
- [x] No
- [ ] Yes

$40,802.00

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

| Part 2: | Additional Page |
|---|---|

---

**3.45** Nonpriority creditor's name and mailing address

Rusk County Electric Co-Op Inc

325 W. Sabine

Carthage, TX 75633

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$14,634.00

---

**3.46** Nonpriority creditor's name and mailing address

Sun Rubber Supply

3302 W. Loop 281

Longview, TX 75604

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,299.00

---

**3.47** Nonpriority creditor's name and mailing address

United Rental

5020 West Loop 281

Longview, TX 75603

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,888.00

---

**3.48** Nonpriority creditor's name and mailing address

Variforce

1575 Sawdust Road 600

Spring, TX 77380

Date or dates debt was incurred _____

Last 4 digits of account number ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☑ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$846.00

---

| Debtor | **Katy Saltwater Disposal Company, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

## Part 2: Additional Page

---

**3.49** | Nonpriority creditor's name and mailing address

Ventana Midstream

724 US 84

Tenaha, TX 75974

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$3,726.00

---

**3.50** | Nonpriority creditor's name and mailing address

Youngblood Oil & Products, LLC

Linda White

2323 S Voss Rd Ste 230

Houston, TX 77057-3832

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$53,928.00

---

**3.51** | Nonpriority creditor's name and mailing address

ZLC Repair Services LLC

204 Hall Road

Logansport, LA 71049

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$4,527.00

---

Debtor    **Katy Saltwater Disposal Company, Inc.**
          Name
Case number *(if known)* _____

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | **$9,297.00** |
| 5b. **Total claims from Part 2** | 5b. **+** | **$717,074.36** |
| 5c. **Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. | **$726,371.36** |

**Schedule E/F: Creditors Who Have Unsecured Claims**

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Katy Saltwater Disposal Company, Inc. |
| United States Bankruptcy Court for the: | Eastern District of Texas |
| Case number (if known): | Chapter    11 |

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

1.    Does the debtor have any executory contracts or unexpired leases?

☑ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | |

Fill in this information to identify the case:

Debtor name     Katy Saltwater Disposal Company, Inc.

United States Bankruptcy Court for the:

Eastern District of Texas

Case number (if known):

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

1.  **Does the debtor have any codebtors?**

    ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

    ☐ Yes

2.  **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.***Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | *Check all schedules that apply:* |
| 2.1 | Street <br><br> City          State     ZIP Code | | |
| 2.2 | Street <br><br> City          State     ZIP Code | | |
| 2.3 | Street <br><br> City          State     ZIP Code | | |
| 2.4 | Street <br><br> City          State     ZIP Code | | |
| 2.5 | Street <br><br> City          State     ZIP Code | | |

Debtor    Katy Saltwater Disposal Company, Inc.                                    Case number *(if known)* _____
      Name

## Additional Page if Debtor Has More Codebtors

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.6 _____ | _____<br>Street<br><br>_____<br><br>_____<br>City          State      ZIP Code | | |

Fill in this information to identify the case:

Debtor name _____Katy Saltwater Disposal Company, Inc._____

United States Bankruptcy Court for the:

_____Eastern District of Texas_____

Case number (if known): _____ Chapter ___11___

☐ Check if this is an amended filing

## Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals

**12/15**

### Part 1: Summary of Assets

1. **Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**
   Copy line 88 from *Schedule A/B*.......................................................................................

   | $0.00 |

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................................

   | $550,000.00 |

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................................

   | $550,000.00 |

### Part 2: Summary of Liabilities

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

   | $0.00 |

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*......................................................

   | $9,297.00 |

   3b. **Total amount of claims of non-priority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

   | + $717,074.36 |

4. **Total liabilities**..............................................................................................................
   Lines 2 + 3a + 3b

   | $726,371.36 |

| Fill in this information to identify the case: |
| --- |
| Debtor name _____ Katy Saltwater Disposal Company, Inc. _____ |
| United States Bankruptcy Court for the: |
| _____ Eastern District of Texas _____ |
| Case number (if known): _____ |

☐ Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

## Part 1:  Income

**1.    Gross revenue from business**

☑ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2022</u> to    Filing date<br>MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For prior year:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |
| **For the year before that:** | From <u>01/01/2020</u> to <u>12/31/2020</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☐ Operating a business<br>☐ Other _____ | |

**2.    Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- | --- |
| **From the beginning of the fiscal year to filing date:** | From <u>01/01/2022</u> to    Filing date<br>MM/ DD/ YYYY | _____ | _____ |
| **For prior year:** | From <u>01/01/2021</u> to <u>12/31/2021</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | _____ | _____ |
| **For the year before that:** | From <u>01/01/2020</u> to <u>12/31/2020</u><br>MM/ DD/ YYYY        MM/ DD/ YYYY | _____ | _____ |

Debtor    Katy Saltwater Disposal Company, Inc.                                    Case number (if known)
_____
Name

## Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.    Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☑ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | ☐ Secured debt <br> ☐ Unsecured loan repayments <br> ☐ Suppliers or vendors <br> ☐ Services <br> ☐ Other _____ |

**4.    Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____ <br> Creditor's name <br> _____ <br> Street <br> _____ <br> _____ <br> City          State    ZIP Code | _____ <br><br> _____ <br><br> _____ | _____ | _____ <br><br> _____ <br><br> _____ |
| **Relationship to debtor** <br> _____ | | | |

**5.    Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor    Katy Saltwater Disposal Company, Inc.           Case number *(if known)*
       Name

**5.1.**

_____
Creditor's name

_____
Street

_____

_____
City       State    ZIP Code

## 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| **6.1.** _____ <br> Creditor's name <br><br> _____ <br> Street <br><br> _____ <br> _____ <br> City   State   ZIP Code | XXXX– __ __ __ __ | | |

---

**Part 3:**   Legal Actions or Assignments

## 7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| 7.1. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Charles N. Richardson Enterprises, Inc v Katy Saltwater Disposal Company, Inc. | Suit on Sworn Account | 124th Judicial District <br> Name <br><br> 101 E. Methvin, Suite 447 <br> Street <br><br> Longview, TX 75601 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 2021-1824-B | | | |

| 7.2. | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| | Eastern Energy Services, Inc. | Suit on Sworn Account | County Court at Law #2 <br> Name <br><br> 101 Methvin 303 <br> Street <br><br> Longview, TX 75601 <br> City   State   ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br> 2021-134-CCL2 | | | |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

Debtor    Katy Saltwater Disposal Company, Inc.                          Case number *(if known)*
          Name

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|

Custodian's name

Street

| | | Case title | Court name and address |
|---|---|---|---|

Name

| | | Case number | Street |
|---|---|---|---|

City              State     ZIP Code

| | | Date of order or assignment | City              State     ZIP Code |
|---|---|---|---|

---

## Part 4:  Certain Gifts and Charitable Contributions

**9.   List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|

Recipient's name

Street

City              State     ZIP Code

**Recipient's relationship to debtor**

---

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Date of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | | |
| 10.1. | | | |

---

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

Debtor    Katy Saltwater Disposal Company, Inc.                                    Case number *(if known)*
          Name

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | Law Office of Stephen Shires | Attorney's Fee | 8/23/2022 | $0.00 |
| | **Address** | | | |
| | 1316 Louisiana Street<br>Street | | | |
| | Center, TX 75935<br>City                State        ZIP Code | | | |
| | **Email or website address** | | | |
| | | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12.  Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Trustee** | | | |
| | | | | |

**13.  Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | **Address** | | | |
| | Street | | | |
| | | | | |
| | City                State        ZIP Code | | | |
| | **Relationship to debtor** | | | |
| | | | | |

Debtor   Katy Saltwater Disposal Company, Inc.
    Name

Case number *(if known)*

---

| **Part 7:** | Previous Locations |

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. _____ <br> Street <br><br><br> _____ <br> City   State   ZIP Code | From _____ To _____ |

---

| **Part 8:** | Health Care Bankruptcies |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ <br> Facility name <br><br> _____ <br> Street <br><br> _____ <br> City  State  ZIP Code | _____ <br><br><br> **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. <br> _____ <br> _____ | _____ <br><br> **How are records kept?** <br> *Check all that apply:* <br> ☐ Electronically <br> ☐ Paper |

---

| **Part 9:** | Personally Identifiable Information |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?
☐ No
☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

Debtor   Katy Saltwater Disposal Company, Inc.                    Case number *(if known)* _____
         Name

☐ Yes. Does the debtor serve as plan administrator?

   ☐ No. Go to Part 10.

   ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

   Has the plan been terminated?

   ☐ No

   ☐ Yes

---

**Part 10:**   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City      State    ZIP Code | XXXX– __ __ __ __ | ☐ Checking <br> ☐ Savings <br> ☐ Money market <br> ☐ Brokerage <br> ☐ Other <br> _____ | _____ | _____ |

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 _____ <br> Name <br><br> _____ <br> Street <br><br> _____ <br> City      State    ZIP Code | _____ <br> _____ <br> _____ <br> **Address** <br> _____ <br> _____ | _____ <br> _____ <br> _____ <br> _____ | ☐ No <br><br> ☐ Yes |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

Debtor    Katy Saltwater Disposal Company, Inc.
Name

Case number *(if known)*

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|------|---------------------------|-----------------------------------|-----------------------------|----------------------------|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | Address | | |
| | | | | |
| | City          State    ZIP Code | | | |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|--------------------------|--------------------------|-----------------------------|-------|
| | | | |
| Name | | | |
| Street | | | |
| | | | |
| City          State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.** Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|------------|----------------------------------|--------------------|----------------|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State    ZIP Code | | |

Debtor    Katy Saltwater Disposal Company, Inc.    Case number *(if known)*
Name

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City        State    ZIP Code | City        State    ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

---

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City        State    ZIP Code | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☑ None

Debtor    Katy Saltwater Disposal Company, Inc.                                    Case number *(if known)*
              Name

| Name and address | Dates of service |
|---|---|

26a.1. _____    From _____ To _____
        Name

        _____
        Street

        _____

        _____
        City                    State            ZIP Code

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial
        statement within 2 years before filing this case.

        ☑ None

| Name and address | Dates of service |
|---|---|

26b.1. _____    From _____ To _____
        Name

        _____
        Street

        _____

        _____
        City                    State            ZIP Code

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

        ☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26c.1.
        _____    _____
        Name                                         _____

        _____
        Street

        _____

        _____
        City                    State            ZIP Code

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
        statement within 2 years before filing this case.

        ☑ None

| Name and address |
|---|

26d.1. _____
        Name

        _____
        Street

        _____

        _____
        City                    State            ZIP Code

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

Debtor    Katy Saltwater Disposal Company, Inc.                    Case number (if known) _____
        Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | _____ |

| Name and address of the person who has possession of inventory records |
|---|

27.1. _____
Name

_____
Street

_____

_____
City                    State        ZIP Code

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| _____ | _____ | _____ | _____ |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ |
|  |  |  | To _____ |

**30.** Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No

☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1. _____ | _____ | _____ | _____ |
| Name |  |  |  |

_____
Street

_____

_____
City                    State        ZIP Code

| Relationship to debtor |
|---|

_____

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

☑ No

Debtor    Katy Saltwater Disposal Company, Inc.                                                Case number *(if known)*
          Name

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: __ __ – __ __ __ __ __ __ __ |

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on          08/23/2022
                   MM/ DD/ YYYY

**X** /s/ Clay Etheridge                                        Printed name              Clay Etheridge
Signature of individual signing on behalf of the debtor

Position or relationship to debtor              President

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☑ No

☐ Yes

| Fill in this information to identify the case: |
|---|
| Debtor name        Katy Saltwater Disposal Company, Inc. |
| United States Bankruptcy Court for the: |
|             Eastern District of Texas |
| Case number (if known): _____ |

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | Acid & Cementing Services, Inc 3212 West Oak Street Palestine, TX 75801 | | | Unliquidated | | | $35,583.00 |
| 2 | Agua Libre Midstream 801 Cherry Street Fort Worth, TX 76102 | | | Unliquidated | | | $13,658.00 |
| 3 | Charles N. Richardson Enterprises, Inc. Thomas H. Brown 116 N Kilgore Street Kilgore, TX 75662 | (903) 984-0999 | | Unliquidated | | | $66,820.16 |
| 4 | Clements Fluids Henderson LTD 604 US 79 Henderson, TX 75652 | | | Unliquidated | | | $36,112.20 |
| 5 | Common Disposal 1000 US 96 , 75971 | | | Unliquidated | | | $64,216.00 |
| 6 | Eastern Energy Services c/o Steptoe & Johnson, LLC 1780 Hughes Landing Blvd 750 Spring, TX 77380 | | | Disputed | | | $30,750.00 |
| 7 | Epic Chemistry, LLC 3879 Maple Ave 300 Dallas, TX 75219 | | | Unliquidated | | | $10,128.00 |
| 8 | Geonix Oilfield Supplies 2008 North Longview Street Kilgore, TX 75662 | | | Unliquidated | | | $23,385.00 |

Debtor   Katy Saltwater Disposal Company, Inc.                                            Case number (if known)
         Name

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9 | Harmac Energy Services, LLC 1008 Southview Circle Center, TX 75935 | | | Unliquidated | | | $59,343.00 |
| 10 | Hoell Operating LLC PO Box 921 Kilgore, TX 75663 | | | Unliquidated | | | $9,834.00 |
| 11 | Jims Rental Service 2106 Industrial Blvd Kilgore, TX 75662 | | | Unliquidated | | | $18,985.00 |
| 12 | Knighten Machine & Service, Inc 3800 East 42nd Street 333 Odessa, TX 79762 | | | Unliquidated | | | $16,757.00 |
| 13 | Maverick Well Services 300 FM 1252 Kilgore, TX 75662 | | | Unliquidated | | | $17,927.00 |
| 14 | McBride Operating, LLC Dallas W. Tharpe 455 Rice Rd 101 Tyler, TX 75703 | | | | | | $30,732.00 |
| 15 | Newman's Oilfield Service, Inc PO Box 2860 Kilgore, TX 75663 | | | Unliquidated | | | $27,242.00 |
| 16 | Pipe Pros LLC 3000 TX-42 Kilgore, TX 75662 | | | Unliquidated | | | $11,220.00 |
| 17 | Prime Tubulars 3200 State Hwy 135N Kilgore, TX 75662 | | | Unliquidated | | | $30,108.00 |
| 18 | RKT Operating LLC 2706 E.. Marshall Longview, TX 75601 | | | Unliquidated | | | $40,802.00 |
| 19 | Rusk County Electric Co-Op Inc 325 W. Sabine Carthage, TX 75633 | | | Unliquidated | | | $14,634.00 |
| 20 | Youngblood Oil & Products, LLC Linda White 2323 S Voss Rd Ste 230 Houston, TX 77057-3832 | (936) 832-0990 | | Unliquidated | | | $53,928.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Eastern District of Texas

**In re**   Katy Saltwater Disposal Company, Inc.

Case No. _____

**Debtor**

Chapter _____ 11 _____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept .................................................................. $5,300.00

Prior to the filing of this statement I have received .................................................... $0.00

Balance Due ................................................................................................................. $5,300.00

2.  The source of the compensation paid to me was:

☑ Debtor          ☐ Other (specify)

3.  The source of compensation to be paid to me is:

☑ Debtor          ☐ Other (specify)

4.  ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

a.  Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

b.  Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

```
┌─────────────────────────────────────────────────────────────────────────┐
│                            CERTIFICATION                                  │
│                                                                           │
│        I certify that the foregoing is a complete statement of any        │
│   agreement or arrangement for payment to me for representation of the    │
│   debtor(s) in this bankruptcy proceeding.                                │
│                                                                           │
│   _____08/23/2022_____        _____/s/ Stephen Shires_____  │
│   Date                                    Stephen Shires                  │
│                                           Signature of Attorney           │
│                                                                           │
│                                               Bar Number: 50511894        │
│                                           Law Office of Stephen Shires    │
│                                               1316 Louisiana Street       │
│                                                   Center, TX 75935        │
│                                             Phone: (936) 332-4566         │
│                                                                           │
│                                           _____Law Office of Stephen Shires_____ │
│                                           Name of law firm                │
└─────────────────────────────────────────────────────────────────────────┘
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

IN RE: **Katy Saltwater Disposal Company, Inc.**                    CASE NO

                                                                   CHAPTER **11**


### VERIFICATION OF CREDITOR MATRIX


The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____08/23/2022_____    Signature _____ /s/ Clay Etheridge _____
                                                                   Clay Etheridge, President

Acid & Cementing Services,
Inc
3212 West Oak Street
Palestine, TX 75801

Adkisson Production &
Consultants
3100 Gilmer Road
Longview, TX 75604

Aeigs Chemical Solutions
7113 TX-42
Kilgore, TX 75662

Affordable Tire
1745 NE Loop
Kilgore, TX 75663

Agua Libre Midstream
801 Cherry Street
Fort Worth, TX 76102

Ba Chemicals
13120 N MacArthur Blvd
Oklahoma City, OK 73142

BJ & K Services, Inc.
235 Jonny Clark Road
Longview, TX 75603

Bufkin Truck Service
3132 TX-31
Longview, TX 75603

C&J Well Services, Inc
350 N Saint Paul
Dallas, TX 75201

Charles N. Richardson
Enterprises, Inc.
Thomas H. Brown
116 N Kilgore Street
Kilgore, TX 75662

Clements Fluids Henderson
LTD
604 US 79
Henderson, TX 75652

Clifford Power Systems
1913 E US Hwy 80
White Oak, TX 75693

Common Disposal
1000 US 96
75971

Crown Products, Inc
5165 TX-281 Loop
Longview, TX 75603

Dangapar, LLC
P.O Box 3809
Longview, TX 75606

Deep East Texas Electric Coop
880 TX-21
75971

East Texas Mac Sales LLC
2934 TX-31
Longview, TX 75603


Eastern Energy Services
c/o Steptoe & Johnson, LLC
1780 Hughes Landing Blvd 750
Spring, TX 77380


Energymakers
1770 Saint James Place 300
Houston, TX 77056


Epic Chemistry, LLC
3879 Maple Ave 300
Dallas, TX 75219


Geonix Oilfield Supplies
2008 North Longview Street
Kilgore, TX 75662


Harmac Energy Services, LLC
1008 Southview Circle
Center, TX 75935


High Roller
1077 US 96
Center, TX 75935


HL Hailey Enterprises
3012 West Loop 281
Longview, TX 75604

Hoell Operating LLC
PO Box 921
Kilgore, TX 75663

IRS
PO Box 7346
Philadelphia, PA 19101

Jims Rental Service
2106 Industrial Blvd
Kilgore, TX 75662

Jones Properties LLC
P.O. Box 3809
Longview, TX 75606

Knighten Machine & Service, Inc
3800 East 42nd Street 333
Odessa, TX 79762

L&S Pump Repair
6999 US 59N
Lufkin, TX 75901

Law Office of Stephen Shires
1316 Louisiana Street
Center, TX 75935

Legacy Slickline Services, LLC
PO Box1025
Hallsville, TX 75650

Limitless Supply, LLC
307 NW Loop 436
Carthage, TX 75633

M&D Supply, Inc
4580 College Street
Beaumont, TX 77707

Maverick Well Services
300 FM 1252
Kilgore, TX 75662

McBride Operating, LLC
Dallas W. Tharpe
455 Rice Rd 101
Tyler, TX 75703

McGinnis Lockridge
500 North Akard Street 2250
Dallas, TX 75201

Mckenzie Transportation Co,
Inc
285 Mckenzie Street
Kilgore, TX 75662

Mettauer Law Firm
403 Nacogdoches Street
Center, TX 75935

Newman's Oilfield Service,
Inc
PO Box 2860
Kilgore, TX 75663

OGPulse
5308 Balfour Court
Midland, TX 79707


Pipe Pros LLC
3000 TX-42
Kilgore, TX 75662


Prime Tubulars
3200 State Hwy 135N
Kilgore, TX 75662


ProFlow Chemical Solutions
308 Brents LP
Scott, LA 70583


Pro-Test Inc
PO Box 921
Kilgore, TX 75663


Renagade Oil Tools
103 Guensey Lane
Youngsville, LA 70592


Rig Tools Inc
419 North 1st Street
Timpson, TX 75975


RKT Operating LLC
2706 E.. Marshall
Longview, TX 75601

Rusk County Electric Co-Op
Inc
325 W. Sabine
Carthage, TX 75633

Shelby County
200 San Augustine
Center, TX 75935

Sun Rubber Supply
3302 W. Loop 281
Longview, TX 75604

United Rental
5020 West Loop 281
Longview, TX 75603

Variforce
1575 Sawdust Road 600
Spring, TX 77380

Ventana Midstream
724 US 84
Tenaha, TX 75974

Youngblood Oil & Products,
LLC
Linda White
2323 S Voss Rd Ste 230
Houston, TX 77057-3832

ZLC Repair Services LLC
204 Hall Road
Logansport, LA 71049